1  Thomas G. Trost, State Bar No. 151961
   Gregory L. Maxim, State Bar No. 204242
2  SPROUL TROST LLP
   3721 Douglas Boulevard, Suite 300
3  Roseville, CA  95661
   (916) 783-6262 - Main
4  (916) 783-6252 - Facsimile

5  Attorneys for Use Plaintiff Elevator Technology

6  Treven I. Tilbury, State Bar No. 210052
   Mary S. Ostrem, State Bar No. 251407
7  DOWNEY BRAND LLP
   621 Capitol Mall, 18th Floor
8  Sacramento, CA 95814
   (916) 444-1000 - Main
9  (916) 444-2100 - Facsimile

10 Attorneys for K.O.O. Construction, Inc.

11 James P. Chandler, State Bar No. 215886
   Law Offices of James P. Chandler
12 926 First Street West
   Sonoma, CA 95476
13 (707) 933-8602 - Main
   (707) 933-8607 - Facsimile
14

15 Attorneys for Flagg Building Improvements
   and Travelers Casualty and Surety Company of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the Use of ELEVATOR TECHNOLOGY, a California Corporation,<br><br>Plaintiff;<br><br>v.<br><br>FLAGG BUILDING IMPROVEMENTS, a California corporation; K.O.O. CONSTRUCTION, a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 25; inclusive,<br><br>Defendants. | Case No. 2:06-CV-01443-JAM-GGH<br><br>**STIPULATION AND ORDER ALLOWING ELEVATOR TECHNOLOGY TO DISCLOSE REBUTTAL EXPERT WITNESS** |

{00928777.DOC; 1}

COMES NOW Plaintiff Elevator Technology, Inc. ("ET") by and through its attorney Thomas G. Trost, Esq., and Defendant Flagg Building Improvements, Inc. ("FBI"), by and through its attorney James P. Chandler, Esq., and Defendant K.O.O. Construction, Inc. by and through its attorney Treven I. Tilbury, Esq., and hereby stipulate and agree that Plaintiff ET shall be permitted to designate a rebuttal expert to Defendant FBI's designated expert with ten (10) days of this Stipulation. Pursuant to the Court's order, the deadline for completing the depositions is May 22, 2009.

Dated: April 23, 2008          SPROUL TROST LLP


                               By: /S/ Thomas G. Trost
                                   Thomas G. Trost
                                   Gregory L. Maxim
                                   Attorneys for Use Plaintiff Elevator
                                   Technology, Inc.

Dated: April 23, 2008          LAW OFFICES OF JAMES P. CHANDLER


                               By: /S/ James P. Chandler (authorized     )
                                   James P. Chandler
                                   Attorneys for Flagg Building Improvements, Inc.
                                   and Travelers Casualty and Surety Company of
                                   America

Dated: April 23, 2008          DOWNEY BRAND LLP


                               By: /S/ Treven I. Tilbury (authorized     )
                                   Treven I. Tilbury
                                   Attorneys for K.O.O. Construction, Inc.

2
STIPULATION RE: EXPERT DISCLOSURE

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

It is so ordered.

DATED: April 27, 2009

                                       /s/ John A. Mendez
                                       Honorable John A. Mendez
                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com